FILED
2005 Feb-07 PM 12:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROYCE PRIVETT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. CV04-C-3509-S |
| ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Defendant ) | |

**O R D E R**

On January 18, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On January 26, 2005, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED that the court construes the action as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. It is further ORDERED that plaintiff's request to proceed without prepayment of fees and his Motion to Compel are due to be and hereby are DENIED. It is ORDERED, ADJUDGED and DECREED that plaintiff's claims are due to be and hereby are DISMISSED.

Done this 4th day of February, 2004.

U.W. Clemon
Chief United States District Judge